The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Donald Rosson*
   *v. Erie Insurance Exchange*
   Record No. 1283-22-2
   Opinion rendered by Judge Athey on
   December 19, 2023

2. *Dana Mark Camann, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 0243-22-4
   En banc opinion rendered by Judge Raphael on
   January 16, 2024

3. *Sh'Kise Fazion Cappe*
   *v. Commonwealth of Virginia*
   Record No. 1161-22-1
   Opinion rendered by Judge Friedman on
   January 16, 2024

4. *Taylor Amil Wallace*
   *v. Commonwealth of Virginia*
   Record No. 1040-21-1
   En banc opinion rendered by Judge Ortiz on
   January 23, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *CB & PB Enterprises, LLC, etc., et al.*
   *v. Bryant McCants*
   Record No. 0046-22-2
   Opinion rendered by Judge O'Brien
     on January 17, 2023
   Judgment of Court of Appeals reversed and final judgment entered
     reinstating jury verdict by opinion rendered on February 15, 2024
   (230115)

2. *Justin Andrew Harvey*
   *v. Commonwealth of Virginia*
   Record No. 0723-21-2
   Opinion rendered by Chief Judge Decker
     on January 24, 2023
   Refused (230193)

3. *Clifton Haley Harvey, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 0453-22-4
   Opinion rendered by Judge Humphreys
     on April 11, 2023
   Refused (230328)

4. *Tiziano M. Scarabelli, M.D.*
   *v. Kenneth Ellenbogen, M.D., et al.*
   Record No. 0421-22-2
   Opinion rendered by Judge Ortiz
     on May 2, 2023
   Refused (230580)

5. *Eleanor A. Hunter, etc.*
   *v. Charles M. Hunter, Jr.*
   Record No. 0555-22-1
   Opinion rendered by Judge Raphael
     on May 2, 2023
   Refused (230382)

6. *Colton Allen King*
   *v. Commonwealth of Virginia*
   Record No. 0397-22-1
   Opinion rendered by Judge Friedman
     on June 6, 2023
   Refused (230467)

7. *Timothy Miles, s/k/a, etc.*
   *v. Commonwealth of Virginia*
   Record No. 0288-22-2
    Opinion rendered by Senior Judge Haley
     on July 25, 2023
    Refused (230661)

8. *Tadashi D. Guest*
   *v. Commonwealth of Virginia*
   Record No. 0672-22-2
    Opinion rendered by Judge Ortiz
     on August 8, 2023
    Refused (230633)

9. *Virginia Alcoholic Beverage Control Authority*
   *v. Zero Links Market, Inc., t/a Vinoshipper.com*
   Record No. 0973-22-2
    Opinion rendered by Judge Raphael
     on August 15, 2023
    Dismissed pursuant to Rule 5:14(a) (230657)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Dwayne Lamont Sample, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 0161-21-1
   Memorandum opinion rendered by Judge Beales on June 28, 2022
   Judgment of Court of Appeals affirmed by opinion rendered
     on February 8, 2024
   (220445)

2. *Joseph Eugene Smith*
   *v. Commonwealth of Virginia*
   Record No. 0680-21-2
   Memorandum opinion rendered by Judge Athey on May 17, 2022
   Judgment of Court of Appeals affirmed in part and reversed and final judgment in part
    by opinion rendered on February 29, 2024
   (220382)